IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| STEVEN and EMILIE WETICK, individually and as natural parents, guardians, and next friends of S.W., a minor child, <br><br> Plaintiffs, <br><br> v. <br><br> NISSAN MOTOR COMPANY, LTD., GRACO CHILDREN'S PRODUCTS, INC., NEWELL BRANDS, INC., and JOHN DOE, <br><br> Defendants. | Case No.: 2:17-CV-02278-JPM-tmp <br><br> JURY DEMAND |

**NOTICE OF SERVICE OF**
**DEFENDANT NISSAN MOTOR CO., LTD.'S FIRST SET OF**
**INTERROGATORIES, REQUESTS FOR PRODUCTION**
**AND REQUESTS FOR ADMISSIONS TO PLAINTIFF EMELIE WETICK**

Defendant Nissan Motor Co., Ltd. (NML), pursuant to Rules 33, 34 and 36 of the Federal Rules of Civil Procedure, gives notice that on September 19, 2017, its First Set of Interrogatories, Requests for Production and Requests for Admissions were served on counsel for all parties.

DATED this 19th day of September, 2017.

        Respectfully submitted,

        LEWIS, THOMASON,
        KING, KRIEG & WALDROP, P.C.

        By: /s/ J. Randolph Bibb, Jr.
        J. Randolph Bibb, Jr., BPR No. 09350
        Whitney Henry Kimerling, BPR No. 29208

        424 Church Street, Suite 2500
        P.O. Box 198615
        Nashville, Tennessee 37219
        (615) 259-1366 (telephone)
        (615) 259-1389 (facsimile)
        rbibb@lewisthomason.com
        wkimerling@lewisthomason.com

*Attorneys for Defendant*
*Nissan Motor Co., Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 19th day of September, 2017, a copy of the foregoing Notice of Service was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

        Amber Shaw, Esq.
        Gordon Shaw Law Group
        114 W. Liberty Avenue
        Suite 300
        Covington, Tennessee 38019
        (901) 476-7100 (telephone)
        (901) 476-3537 (facsimile)
        ashaw@lawjhg.com

        Darryl D. Gresham, Esq.
        Allen, Summers, Simpson, Lillie & Gresham, PLLC
        80 Monroe Avenue
        Suite 650
        Memphis, Tenesseee 38103
        (901) 763-4200 (telephone)
        (901) 684-1768 (facsimile)
        dgresham@allensummers.com

        Douglas F. Halijan, Esq.
        Charles S. Higgins, Esq.
        BURCH PORTER & JOHNSON
        130 N. Court Avenue
        Memphis, Tennessee 38103-2217
        (901) 524-5000 (telephone)
        (901) 524-5024 (facsimile)
        dhalijan@bpjlaw.com
        chiggins@bpjlaw.com

                                      /s/J. Randolph Bibb, Jr.
                                      J. Randolph Bibb, Jr.