# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| STEPHEN AND EMILIE WETICK, individually and as natural parents, guardians, and next friends of S.W., a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN MOTOR COMPANY, LTD., GRACO'S CHILDREN'S PRODUCTS, INC., and NEWELL BRANDS, INC.,<br><br>Defendants. | Case No. 2:17-cv-2278-JPM-tmp |

## ORDER GRANTING IN PART AND DENYING IN PART MOTION TO EXTEND SCHEDULING ORDER

Before the Court is the Motion to Extend Scheduling Order Related to Disclosure of Expert Witnesses ("Motion to Extend Scheduling Order") filed by Plaintiffs Stephen and Emilie Wetick on May 21, 2018. (ECF No. 55.) The Court, in its discretion, GRANTS the motion in part and DENIES the motion in part.

The deadline for disclosure of Plaintiffs' (or the party with the burden of proof's) Rule 26(a)(2) expert information is extended from June 1, 2018 to **July 2, 2018**. The deadline for disclosure of Defendants' (or the opposing party's) Rule 26(a)(2) expert information is extended from July 3, 2018 to **August 3, 2018**.

The deadline for expert witness depositions remains August 31, 2018, and the deadline for motions to exclude experts remains September 14, 2018. All other dates and deadlines established by the Scheduling Order, including the trial date, remain unchanged.

**IT IS SO ORDERED**, this 31st day of May, 2018.

    /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE